**Order entered May 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00262-CV

### IN THE INTEREST OF T.C., A.C., J.D., AND K.J., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00829-W

## ORDER

After granting one extension, appellant's brief in this accelerated appeal involving the termination of parental rights is overdue. We **ORDER** appellant to file, by **May 10, 2019**, appellant's brief and an extension motion. Failure to file the brief and an extension motion by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/  ERIN A. NOWELL
    JUSTICE